AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES D. VANCE,

       Plaintiff,

                             **JUDGMENT IN A CIVIL CASE**

vs.

                             CASE NO.  C2-09-1006

**MICHAEL J. ASTRUE,**         JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF**         MAGISTRATE JUDGE E.A. PRESTON DEAVERS
**SOCIAL SECURITY,**

       **Defendant.**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed March 28, 2011, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security under Sentence Four of §405(g) for further consideration consistent with the Magistrate Judge's Report and Recommendation.**   **This case is DISMISSED.**

Date: March 28, 2011                          JAMES BONINI, CLERK

                                                      /S/ Andy F. Quisumbing
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk